IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| NORMA LOPEZ | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-179 |
| VS. | § | |
| | § | (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS AND | § | |
| CONRADO CANTU, SHERIFF OF | § | |
| CAMERON COUNTY, TEXAS, JOEL | § | |
| ZAMORA, JORGE FERNANDO BRIONES | § | |

United States District Court
Southern District of Texas
FILED
OCT 0 9 2003
Michael N. Milby
Clerk of Court

## NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION

TO:   Norma Lopez
      by and through her attorney of record.
      Ms. Rebecca E. Rubane
      ATTORNEY AT LAW
      2355 Barnard Road, Suite C
      Brownsville, Texas 78520

Pursuant to Title 28 U.S.C. § 1446(b), as amended, you are notified that on October 8, 2003, in the above entitled and numbered cause (being Cause Number 2003-10-4892-A in the 107th Judicial District Court of Cameron County, Texas) Defendants CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS, filed their Notice of Removal in the United States District Court for the Southern District of Texas, Brownsville Division. Copies of such Notice and other papers so filed are enclosed herewith.

Signed on October 9, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Roman "Dino" Esparza
State Bar No. 00795337
USDC No. 22703

Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

**ATTORNEYS FOR DEFENDANTS CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION** has on October 9, 2003, been forwarded via certified mail, return receipt requested to:

**<u>Via CMRRR 7002 3150 0002 0965 0978</u>**
Ms. Rebecca E. Rubane
ATTORNEY AT LAW
2355 Barnard Road, Suite C
Brownsville, Texas 78520

_____
Roman "Dino" Esparza