IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NORMA LOPEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-179 (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS AND CONRADO CANTU, SHERIFF OF CAMERON COUNTY, TEXAS, JOEL ZAMORA, JORGE FERNANDO BRIONES | § § § § | |

## LIST OF PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS, named Defendants herein, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, file this its List of Parties and would submit the following with the Court:

**PLAINTIFF:**

Norma Lopez
c/o Ms. Rebecca E. Rubane
ATTORNEY AT LAW
2355 Barnard Road, Suite C
Brownsville, Texas 78520

**ATTORNEYS FOR PLAINTIFF:**

Ms. Rebecca E. Rubane
ATTORNEY AT LAW
2355 Barnard Road, Suite C
Brownsville, Texas 78520
Telephone (956) 554-3733
Facsimile: (956) 544-7766

**DEFENDANTS:**

CAMERON COUNTY, TEXAS and
CONRADO CANTU, in his official capacity
as SHERIFF OF CAMERON COUNTY, TEXAS
c/o Charles Willette, Jr.
Roman "Dino" Esparza
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

CONRADO CANTU, Individually
7300 Old Alice Road
Olmito, Texas 78575

JOEL ZAMORA
address unknown

JORGE FERNANDO BRIONES
address unknown

**ATTORNEY FOR DEFENDANTS:**

Charles Willette, Jr.
Roman "Dino" Esparza
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893
ATTORNEYS FOR DEFENDANTS CAMERON COUNTY, TEXAS and
CONRADO CANTU, in his official capacity
as SHERIFF OF CAMERON COUNTY, TEXAS

All other defendants' counsel are unknown at this time.

Signed on October 9, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Roman "Dino" Esparza
State Bar No. 00795337
USDC No. 22703

Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

**ATTORNEYS FOR DEFENDANTS CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the **LIST OF PARTIES** has on October 7, 2003, been forwarded via certified mail, return receipt requested to:

**_Via CMRRR 7002 3150 0002 0965 0978_**
Ms. Rebecca E. Rubane
ATTORNEY AT LAW
2355 Barnard Road, Suite C
Brownsville, Texas 78520

 

_____
Roman "Dino" Esparza