5

United States District Court
Southern District of Texas
FILED
OCT 0 9 2003
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA LOPEZ | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-179 |
| | § | (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS AND | § | |
| CONRADO CANTU, SHERIFF OF | § | |
| CAMERON COUNTY, TEXAS, JOEL | § | |
| ZAMORA, JORGE FERNANDO BRIONES | § | |

**INDEX OF EXHIBITS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS, named Defendants herein, and, in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, file this their Index of Exhibits and would submit the Court with the following:

1. Certified Docket Sheet;
2. Plaintiff's Original Petition;
3. Citation issued to Cameron County, Texas
4. Notice to the District Clerk of Removal of Civil Action.

Signed on October 9, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: ______________________

Roman "Dino" Esparza
State Bar No. 00795337
USDC No. 22703

Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

**ATTORNEYS FOR DEFENDANTS CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **INDEX OF EXHIBITS** has on October 9, 2003, been forwarded via certified mail, return receipt requested to:

*Via CMRRR 7002 3150 0002 0965 0978*
Ms. Rebecca E. Rubane
ATTORNEY AT LAW
2355 Barnard Road, Suite C
Brownsville, Texas 78520

Roman "Dino" Esparza

RUN DATE 10/08/03
RUN TIME 10:12 AM

* * * C L E R K ' S E N T R I E S * * *

00652001
REBECCA E. RUBANE (10)
2355 BARNARD, SUITE C
BROWNSVILLE, TX. 78520 0000 DAMAGES

NORMA LOPEZ

VS

CAMERON COUNTY, TEXAS, AND CONRADO CANTU, SHERIFF,

10/01/03 ORIGINAL PETITI
10/01/03 CITATION: CAMER
10/01/03 SERVED: 10/0
10/01/03 CITATION: CONRA
10/01/03 SERVED:
10/01/03 CITATION: JOEL
10/01/03 SERVED:
10/01/03 CITATION: JORGE
10/01/03 SERVED:
10/01/03 JURY FEE: Pd. b



FILED 3 O'CLOCK P M
AURORA DE LA GARZA DIST. CLERK

OCT 0 1 2003

DISTRICT COURT OF CAMERON COUNTY, TEXAS

NO. 2003-10-4892-A

| | | |
|---|---|---|
| NORMA LOPEZ<br>Plaintiff,<br><br>V.<br><br>CAMERON COUNTY, TEXAS, AND CONRADO CANTU, SHERIFF OF CAMERON COUNTY, TEXAS, JOEL ZAMORA, JORGE FERNANDO BRIONES,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>107th JUDICIAL DISTRICT<br><br><br><br><br><br>OF CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NORMA LOPEZ, Plaintiff, files this suit against CAMERON COUNTY, TEXAS, CONRADO CANTU, SHERIFF OF CAMERON COUNTY, TEXAS, JOEL ZAMORA, and JORGE FERNANDO BRIONES, and for cause of action would show:

## I.
## DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends that discovery be conducted under Discovery Level 2.

## II.
## PARTIES AND SERVICE

Plaintiff, Norma Lopez, is an Individual residing in Cameron County.

Defendant Cameron County, is a local governmental entity as that term is defined in Section 554.001 of the Texas Government Code. Service of process upon Cameron County may be obtained by serving the Honorable Gilberto Hinojosa, County Judge, at the Cameron County Commissioner Court, 964 E. Harrison Street, Brownsville, Texas.

Defendant Conrado Cantu, is the duly elected Sheriff of Cameron County, Texas.





Service of process upon Conrado Cantu may be obtained by serving the Honorable Conrado Cantu at the Cameron County Sheriff's Department located at 7300 Old Alice Road, Olmito, Texas 78575.

Defendant Joel Zamora is a resident of Cameron County, Texas. Service may be obtained by serving Joel Zamora at his residence in Cameron County, Texas.

Defendant Jorge Fernando Briones is a convicted felon, whose whereabouts are unknown at this time.

## III.
## JURISDICTION AND VENUE

The subject matter in controversy is within the jurisdictional limits of this court.

This court has jurisdiction over the parties because Conrado Cantu, Joel Zamora, and Jorge Fernando Briones are residents of the State of Texas.

Defendant Cameron County, is a local governmental entity as that term is defined in Section 554.001 of the Texas Government Code.

Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## IV.
## FACTS

On or about September 2001, the Plaintiff was incarcerated in the Cameron County Jail as a condition of her probation. During her period of incarceration, the Sheriff, Conrado Cantu, had employed Joel Zamora as a Lieutenant, and placed Zamora in charge of administration of the Cameron County Jail.

Sometime during the month of September, 2001, the Plaintiff was called out of her cell by a jailer, for a special visit. The visitor for whom the Plaintiff was summoned was Jorge Fernando Briones, a convicted felon.

Briones was convicted after a jury trial on the felony charge of Tampering with a Governmental Record in Cause Number 99-CR-1418-A in the 107th District Court of Cameron County, Texas, on May 18, 2000. The Indictment and conviction against Briones arose out of acts he committed while working as a bondsman in Cameron County. Briones' trial was highly publicized and extensively covered by the local media.

During the month of October, 2001, the Plaintiff was again called out for a special visit by Briones. Plaintiff was escorted to a room with a steel door, placed inside, and confronted by Briones. At that time Briones asked the Plaintiff if she wanted to get out of jail early, and told her he could arrange it, with the knowledge and aid of Sheriff Conrado Cantu and Lieutenant Joel Zamora. Briones went on to say that the Plaintiff could present Briones' business card to any of the jailers and a special visit would be arranged between the Plaintiff and Briones, at the direction of and with the approval of Lt. Joel Zamora and Sheriff Cantu. During this arranged visit, the Plaintiff was to engage in sexual intercourse with Briones in exchange for early release from the Cameron County Jail.

During this visit, Briones began to manually stimulate his penis in the presence of the Plaintiff, becoming aroused. Briones then unzipped his pants, and offered to arrange a contact visit for himself and the Plaintiff, while continuing to manually stimulate his penis.

The Plaintiff then requested the jailor return the Plaintiff to her cell.

## V.
## NORMA LOPEZ'S CLAIM FOR ABUSE OF OFFICE

That Conrado Cantu, acting in his official capacity, along with Joel Zamora, also acting in his official capacity, conspired to permit or allow Jorge Briones to have special access to female inmates for the purpose of arranging sexual activity for Briones and Zamora, with the knowledge and consent of Sheriff Cantu. That this action constituted a violation of the law in regards to Lt. Joel Zamora, an employee of the Cameron County Sheriff's Department, and a violation of the law in regards to Sheriff Cantu, on account of his elected position as Sheriff of Cameron County.

**VI.**
**NORMA LOPEZ'S CLAIM FOR OFFICIAL OPPRESSION**

That Conrado Cantu, acting in his official capacity, along with Joel Zamora, also acting in his official capacity, conspired, aided, and abetted, to intentionally subject the Plaintiff to sexual harassment, as set forth in the facts herein.

**VII.**
**NORMA LOPEZ'S CLAIM FOR IMPROPER SEXUAL ACTIVITY WITH PERSON IN CUSTODY**

That Conrado Cantu, acting in his official capacity, along with Joel Zamora, also acting in his official capacity, conspired, aided and abetted, to violate the civil rights of the Plaintiff while she was in custody, as set forth in the facts herein.

**VIII.**
**1983 CAUSE OF ACTION**

The allegations set forth in paragraphs IV through VII inclusive are incorporated herein as if fully set forth.

This action is also brought pursuant to 42 U.S.C. Section 1983 and the Fourteenth Amendment to the Constitution of the United States of America.

Section 1983 states that jurisdiction is proper in both state court and federal court for a claim arising under the statute.

The Defendant Cameron County is a local governmental entity as that term is defined in Section 554.001 of the Texas Government code.

At all times relevant hereto, the Defendants Conrado Cantu, and Joel Zamora were employed by Cameron County as public servants. At all relevant times, they were acting in such capacity as the agents, servants, and employees of the Defendant Cameron County. They are sued individually and in their official capacity.

Jorge Fernando Briones was acting as an agent of Defendants Conrado Cantu and Joel Zamora.

That Conrado Cantu, acting in his official capacity, along with Joel Zamora, also acting in his official capacity, conspired, aided and abetted, to violate the civil rights of the Plaintiff while she was in custody, as set forth in the facts herein.

## IX.
## DAMAGES FOR PLAINTIFF, NORMA LOPEZ

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Norma Lopez, was caused to suffer extreme emotional distress, and to incur the following damages:

A. Mental anguish in the past;

B. Mental anguish in the future; and

C. Emotional pain and suffering in the past; and

D. Emotional pain and suffering in the future, and;

E. Loss of enjoyment of life.

## IX.
## EXEMPLARY DAMAGES

The actions of the Defendants, jointly and severally, described above, when view from the standpoint of the Defendants at the time of the act or omission, involved malice toward Plaintiff.

Therefore, for such malice on behalf of Defendants, Plaintiff sues for exemplary damages in an amount to be determined at trial.

## X.
## ATTORNEY'S FEES AND EXPENSES

In order to protect her interests and rights guaranteed by the Constitution and laws of the United States and the State of Texas, it was necessary for the Plaintiff to secure the secure the services of Rebecca E. RuBane, a licensed attorney, to prepare and prosecute this suit. Plaintiff further seeks, upon final order of the Court, an equitable and just award of costs and reasonable attorney's fees for the representation in District Court, as well as a contingent award for costs and necessary attorney's fees in the event the judgment of the District Court is appealed.

## XI.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Norma Lopez, respectfully prays that the Defendants be cited to appear and answer herein;

On final trial, Plaintiff have judgment against Defendants, jointly and severally, for actual and exemplary damages as pleaded, reasonable attorney's fees, costs of court, prejudgment and post-judgment interest as allowed by law, and such other and further relief, at law and equity, as to which Plaintiff may be justly entitled.

Respectfully submitted,

By: Rebecca E. RuBane

Rebecca E. RuBane
Texas Bar No. 24002873
2355 Barnard Rd. Suite C
Brownsville, Texas 78520
Tel. (956)554-3733
Fax. (956)544-7766
Attorney for Plaintiff
Norma Lopez

652001

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**



**Aur[illegible]a De La G[illegible]za**
Cameron County District Clerk
974 E. Harrison Street
Brownsville, Texas 78520
Office (956) 544-0838 Fax (956) 544-0841

# MEMORANDUM

**To Filing Clerk:** ____ **Date:** 10/1/03

**Cause No:** 2003-10-4892-A

**Please Prepare:**
☐ Folder ☐ Confidential

☐ Change Court to ____
Continuing Jurisdiction in Cause No. ____

Attorney Name: ____ ID# ____

☐ Need File ☐ Motion: ____ Filed

**JURY**

☐ (Cit)/Prec/Writ: 4 Issued: 10/[illegible]/03 Shf/(Atty)/CM: ____ $ ____

☐ Cit/Prec/Writ: ____ Issued: ____ Shf/Atty/CM: ____ $ ____

☐ Date Bond Approved: ____ $4.00 Other: ____

Deposit $ 202.00 Paid On: 10/1/03 By: Rebecca Rubane

Jury Fee $ 30.00 Paid On: ____ By: ____

DP + JF Ck# 1092 mc

Reviewed by: ____ Deputy Return to: [signature] Deputy

**To Court Clerk:** ____ ____ **District Court** **Date:** ____

**Please present to Judge:**

☐ Order ☐ TRO ☐ Protective Order

☐ Issue Process ☐ Make D.E. ☐ Make notation on Order of process issued.

☐ Give to ☐ Sheriff ☐ Attorney ☐ Other

☐ Send copies to attorneys or parties entitled to copy.

☐ After issuing service, return to Main Office for Folder and Docket Entry

☐ Transfer to Jury Docket:
Jury Fee Paid by ____ On ____

☐ Other ____

By: ____ Deputy

**COPY**

Citation for Personal Service - GENERAL Lit. Seq. # 5.002.01

No. 2003-10-004892-A

THE STATE OF TEXAS



NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CAMERON COUNTY, TEXAS
BY SERVING THE HONORABLE
GILBERTO HINOJOSA
COUNTY JUDGE
CAMERON COUNTY COMMISSIONER COURT
964 E. HARRISON STREET, BROWNSVILLE, TEXAS
the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said PETITION was filed on OCTOBER 01, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-10-004892-A.

The style of the case is:

NORMA LOPEZ
VS.
CAMERON COUNTY, TEXAS, AND CONRADO CANTU, SHERIFF,

Said petition was filed in said court by REBECCA E. RUBANE (Attorney for PLAINTIFF), whose address is 2355 BARNARD, SUITE C BROWNSVILLE, TX. 78520.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 1st day of OCTOBER, A.D. 2003.

AURORA DE LA GARZA DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsvill...

CAUSE NO. 2003-10-4892-A

| | | |
|---|---|---|
| NORMA LOPEZ<br>Plaintiff | §<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§ | 107TH JUDICIAL DISTRICT |
| CAMERON COUNTY, TEXAS, AND CONRADO CANTU, SHERIFF OF CAMERON COUNTY, TEXAS, JOEL ZAMORA, JORGE FERNANDO BRIONES | §<br>§<br>§<br>§<br>§ | OF CAMERON COUNTY, TEXAS |

**NOTICE TO DISTRICT CLERK OF REMOVAL OF CIVIL ACTION**

TO : Ms. Aurora De La Garza
Cameron County District Clerk
CAMERON COUNTY COURTHOUSE
974 E. Harrison
Brownsville, Texas 78520

Please take notice that CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS, named Defendants in the above-referenced matter, have filed in the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal of the cause styled NORMA LOPEZ VS. CAMERON COUNTY, TEXAS, AND CONRADO CANTU, SHERIFF OF CAMERON COUNTY, TEXAS, JOEL ZAMORA, JORGE FERNANDO BRIONES, originally filed in the 107th Judicial District Court of Cameron County, Texas, Cause Number 2003-10-4892-A and that a true and correct copy of said Notice of Removal, is being filed with the Clerk of the said United States District Court for the Southern District of Texas, Brownsville Division, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said Notice of Removal, without copies of



attachments, is attached to this notice.

Signed on October 9, 2003.

Respectfully submitted,
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: ______________________
Roman "Dino" Esparza
State Bar No. 00795337

Charles Willette, Jr.
State Bar No. 21509700

**ATTORNEYS FOR DEFENDANTS CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **NOTICE TO DISTRICT CLERK OF REMOVAL OF CIVIL ACTION** has on October 9, 2003, been forwarded via certified mail, return receipt requested to:

***Via CMRRR 7002 3150 0002 0965 0978***
Ms. Rebecca E. Rubane
ATTORNEY AT LAW
2355 Barnard Road, Suite C
Brownsville, Texas 78520

Roman "Dino" Esparza

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA LOPEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.__________ (JURY REQUESTED) |
| | § | |
| CAMERON COUNTY, TEXAS AND CONRADO CANTU, SHERIFF OF CAMERON COUNTY, TEXAS, JOEL ZAMORA, JORGE FERNANDO BRIONES | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS, named Defendants in the above styled and numbered matter, and files this their Notice of Removal of the present cause from the 107th Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, and would respectfully show unto the Court as follows:

I.

A. This cause was commenced on October 1, 2003, in the 107th Judicial District Court of Cameron County, Texas with the style Norma Lopez vs. Cameron County, Texas, et al., Cause Number 2003-10-4892-A. A true and correct copy of Plaintiff's Original Petition in that cause and the certified docket sheet are attached hereto as Exhibits A and B. Plaintiff brings an action alleging that these defendants' acts or omissions deprived her of her rights under Title 42 U.S.C. § 1983 pursuant to the Fourteenth Amendment to the United States Constitution.

B. Defendant CAMERON COUNTY, TEXAS received a copy of Plaintiff's Original Petition, on October 6, 2003.

C. Plaintiff brought suit against numerous defendants, including Defendants



CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS. No other defendant has been served to date.

D. This action is a civil action and raises a federal question in that plaintiff allege that defendants violated her constitutional rights under the Title 42 U.S.C. § 1983 pursuant to the Fourteenth Amendment to the United States Constitution.

E. The above described action is one in which this Court has original subject matter jurisdiction under the provisions of 28 U.S.C. §§ 1331 and 1343, inasmuch as this action arises under the Constitution and the laws of the United States. Removal is proper pursuant to the provisions of 28 U.S.C. § 1441(b), as this is a civil action where this Court has original jurisdiction and is founded on claims arising under the Constitution and the laws of the United States.

F. This Court also has supplemental jurisdiction of plaintiff's state law claims under 28 U.S.C. § 1367.

G. Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioner to plaintiff and their counsel have been provided as required by law. A copy of the Notice, with proof of service of same, is attached hereto and incorporated herein for all purposes. A copy of this Notice is also being filed with the clerk of the state court in which this cause was originally filed.

H. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b) in that it is filed within thirty (30) days of the date of service of Plaintiff's Original Petition upon this Defendant.

WHEREFORE, PREMISES CONSIDERED, Defendants CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS, pray for removal of the above entitled cause of action from the 107th Judicial District Court of Cameron County, Texas to this Court, and seek all other relief to which they may show themselves

to be justly entitled to.

Signed on October 9, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: ______________________
Roman "Dino" Esparza
State Bar No. 00795337
USDC No. 22703

Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

**ATTORNEYS FOR DEFENDANTS CAMERON COUNTY, TEXAS and CONRADO CANTU, in his official capacity as SHERIFF OF CAMERON COUNTY, TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **NOTICE OF REMOVAL** has on October 9, 2003, been forwarded via certified mail, return receipt requested to:

***Via* CMRRR 7002 3150 0002 0965 0978**
Ms. Rebecca E. Rubane
ATTORNEY AT LAW
2355 Barnard Road, Suite C
Brownsville, Texas 78520

Roman "Dino" Esparza