7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| NORMA LOPEZ | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-179 |
| | § | (JURY REQUESTED) |
| CAMERON COUNTY, TEXAS AND | § | |
| CONRADO CANTU, SHERIFF OF | § | |
| CAMERON COUNTY, TEXAS, JOEL | § | |
| ZAMORA, JORGE FERNANDO BRIONES | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the above-entitled and numbered cause wherein Norma Lopez is Plaintiff and Cameron County, Texas, Conrado Cantu, Sheriff of Cameron County, Texas, Joel Zamora, and Jorge Briones are the Defendants. The parties announced to the Court that they have reached a settlement agreement.

After being informed that the parties have reached a settlement agreement and considering the pleadings, evidence, and arguments of counsel, the Court is of the opinion and finds that the liability of the Defendants is uncertain, doubtful, and disputed; that Plaintiff is fully informed with respect to the facts of liability, the doubtful and disputed nature of the cause of action, and the nature and extent of the damages claimed; and that, with the knowledge of the cause of action as above said, the parties heretofore have agreed to compromise and settle such cause of action.

The Court is further of the opinion that the above styled cause should be dismissed with prejudice against Cameron County, Texas, Conrado Cantu, Sheriff of Cameron County, Texas, in his official and individual capacity, and Joel Zamora in his official and individual capacity, and Jorge Briones.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this case be and is hereby dismissed with prejudice.

IT IS FURTHER ORDERED, that all costs of Court and attorneys fees are to be paid by the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief which may have been sought in this cause, whether prayed for or not, is hereby DENIED.

SIGNED this _8_ day of _January_, ~~2003.~~2004

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

_____
Rebecca E. Rubane
State Bar No. 24002873
Attorney for Plaintiff

_____
Roman "Dino" Esparza
State Bar No. 00795337
Attorney for Defendants
Cameron County and Conrado
Cantu in his Official Capacity